IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **RONDELL HUDSON,** | : Civil No. 1:16-CV-0640 |
| **Plaintiff,** | : |
| v. | : |
| **DISTRICT ATTORNEY ED MARSICO DAUPHIN COUNTY, OFFICER MARK LAUDENSLAGER, MIDDLETOWN POLICE DEPARTMENT,** | : |
| **Defendants.** | : Judge Sylvia H. Rambo |

## O R D E R

In accordance with the accompanying memorandum of law (Doc. 26), **IT IS HEREBY ORDERED** that the motions to dismiss (Docs. 13 & 14) are **GRANTED**, and all claims in the complaint are dismissed without prejudice. If Plaintiff desires to file an amended complaint, such shall be filed no later than **twenty (20) days** from the date of this order.

    s/Sylvia H. Rambo
    SYLVIA H. RAMBO
    United States District Judge

Dated: March 30, 2017