IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RONDELL HUDSON,** | : | Civil No. 1:16-CV-0640 |
| **Plaintiff,** | : | |
| v. | : | |
| **DISTRICT ATTORNEY ED MARSICO DAUPHIN COUNTY, OFFICER MARK LAUDENSLAGER, MIDDLETOWN POLICE DEPARTMENT,** | : | |
| **Defendants.** | : | Judge Sylvia H. Rambo |

## **ORDER**

In accordance with the accompanying memorandum of law, **IT IS HEREBY ORDERED** that Plaintiff's motion for reconsideration (Doc. 28) is **DENIED**. The Clerk of Court is directed to close this case.

                                                s/Sylvia H. Rambo
                                                SYLVIA H. RAMBO
                                                United States District Judge

Dated: September 5, 2017